## United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM024433** | **Ripley** | **402** |

LM024433

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐CFR  ☐USC  ☒State Code |
|---|---|
| **6/19/2018 23:33** | **RCW 46.61.400** |

Place of Offense

NB I5  and EXIT 120                              BUSINESS

Offense Description: Factual Basis for Charge                HAZMAT ☐

**Speed in Excess of Legal Limit 81/60**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| **WANG** | **LIYI** | |

A ☐ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☒ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

$50   Forfeiture Amount
$30.00 Processing Fee

**PAY THIS AMOUNT -->**    **$80  Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature

(Rev. 01/2011)                      Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/19/2018, while exercising my duties as a law enforcement officer in the Western District of Washington.

ON THE LISTED DATE AND TIME I WAS TRAVELING NORTH BOUND ON INTERSTATE 5 AND APPROACHING THE LISTED LOCATION WHILE WORKING THE STALKER RADAR # DB002086 (TUNING FORKS #FB502436/FA303606), IN THE PATROL MODE (FRONT/SAME/AWAY/PAT). THE RADAR UNIT WAS TURNED ON AND ALL INTERNAL CHECKS WERE MADE. THE UNIT WAS ALSO CHECKED FOR CALIBRATION VERIFICATION WITH THE LISTED TUNING FORKS DESIGNED FOR THIS UNIT TO ENSURE PROPER AND ACCURATE OPERATION BEFORE THIS STOP. THE UNIT WAS FOUND TO BE WORKING PROPERLY BEFORE THIS STOP. DURING THAT TIME, I OBSERVED THE LISTED VEHICLE TRAVELING NORTH BOUND ON INTERSTATE 5 AND RAPIDLY ACCELERATING AWAY FROM MY POSITION, PASSING OTHER VEHICLES AT A VISUALLY ESTIMATED SPEED OF 80 MPH IN A POSTED 60 MPH ZONE. AS THE VEHICLE ENTERED MY RADAR RANGE, AN AUDIO DOPPLER SIGNAL WAS EMITTED. THE AUDIO TONE WAS CLEAR, CONTINUOUS, AND CONSISTENT WITH MY VISUAL OBSERVATIONS. A DIGITAL READOUT OF THE DRIVERS SPEED WAS LOCKED AT 81 MPH (I AM PROPERLY TRAINED AND FOUND TO BE QUALIFIED TO OPERATE THIS RADAR UNIT). A TRAFFIC STOP WAS INITIATED. I CONTACTED AND IDENTIFIED THE LISTED DRIVER BY WA DL. THE LISTED DRIVER ADMITTED TO SPEEDING AND FURTHER STATED HE WAS IN A HURRY TO GET GAS SINCE HE WAS RUNNING LOW. THE LISTED DRIVER WAS ISSUED HIS COPY OF THE CITATION AND RELEASED. IN-CAR VIDEO: NO

The foregoing statement is based upon:

[X] my personal observation   [ ] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  6/19/2018                    _[signature]_
              Date(mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date(mm/dd/yyyy)      U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.